1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WONG,<br><br>    Plaintiff,<br><br>v.<br><br>THOMSON REUTERS (MARKETS) LLC, JEFFREY WALSH, YASIR FATTAH, and DOES 1 through 25,<br><br>    Defendants. | Case No. CV 11 2864 WHA<br><br>**STIPULATION RE CONTINUANCE OF HEARING OF MOTION TO DISMISS DEFENDANTS WALSH AND FATTAH; [PROPOSED] ORDER**<br><br>Date:   August 4, 2011<br>Time:   2:00 p.m.<br>Judge:  Hon. William Alsup<br><br>Assigned to Hon. William Alsup |

The parties hereby stipulate and agree to continue the hearing on Defendants Walsh and Fattah's Motion to Dismiss, currently scheduled to be heard on August 4, 2011 at 2:00 p.m., to August 18, 2011 at 8:00 a.m.  The reason for the continuance is that plaintiff's counsel has a mediation scheduled for August 4, 2011 that has been on calendar for almost two months and which would be difficult to move.

Dated:  July 13, 2011                                **KOCHAN & STEPHENSON**

/s/ Deborah Kochan
Deborah Kochan
Attorneys for Plaintiff
JUSTIN WONG

Dated:  July 13, 2011                                **NIXON PEABODY LLP**

/s/ Robert Dolinko
Robert Dolinko
Attorneys for Defendants
THOMSON REUTERS (MARKETS) LLC,
JEFFREY WALSH and YASIR FATTAH

Having read the Stipulation and good cause appearing therefore, the hearing currently scheduled for August 4, 2011 at 2:00 pm is hereby continued to August 18, 2011 at 8:00 a.m.

IT IS SO ORDERED.

DATED:  July 18, 2011.

The Honorable William Alsup