ROBERT DOLINKO, CA BAR NO. 076256
rdolinko@nixonpeabody.com
KENT JONAS, CA BAR NO. 55001
kjonas@nixonpeabody.com
TZADDI S. THOMPSON, CA BAR NO. 229018
tsthompson@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Tel:  (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
THOMSON REUTERS (MARKETS) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WONG,<br><br>                 Plaintiff,<br><br>     vs.<br><br>THOMSON REUTERS (MARKETS) LLC, JEFFREY WALSH, YASIR FATTAH, and DOES 1 through 25<br><br>                 Defendants. | Case No. CV 11 2864 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 8, 2011<br>Time:  11 a.m.<br><br>Assigned to Judge William H. Alsup<br><br>(Former San Francisco Superior Court Case No. CGC-11-510917) |

The parties hereby stipulate and agree to continue the initial case management conference and attendant deadlines.  The initial case management conference is currently scheduled to be heard on September 8 at 11:00 a.m., and the parties stipulate to continue it to September 15, 2011 at 11 a.m.

\\\

\\\

\\\

13559075.1

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE CASE NO. CGC-11-510917**

The reason for the continuance is that Defendant's counsel has a long-standing, previously scheduled arbitration in Central California in another case scheduled for September 8, 2011.

DATED: August 2, 2011                    NIXON PEABODY LLP


By: _____/s/ Tzaddi S. Thompson_____
Robert A. Dolinko
Kent Jonas
Tzaddi S. Thompson
Attorneys for Defendant
THOMSON REUTERS (MARKETS) LLC


DATED: August 2, 2011                    EQUALITY LAWYERS, LLP


By: _____/s/ Deborah Kochan_____
Deborah Kochan
Attorneys for Plaintiff
JUSTIN WONG


Having read the Stipulation and good cause appearing therefore, the hearing currently scheduled for September 8 at 11 a.m. is hereby continued to September 15, 2011 at 11 a.m.

IT IS SO ORDERED:

Dated: August 3, 2011.                   _____
                                          UNITED STATES DISTRICT JUDGE WILLIAM H. ALSUP

[APPROVED — Judge William Alsup, United States District Court, Northern District of California]