# EXHIBIT 1

ROBERT DOLINKO, CA BAR NO. 076256
rdolinko@nixonpeabody.com
KENT JONAS, CA BAR NO. 55001
kjonas@nixonpeabody.com
TZADDI S. THOMPSON, CA BAR NO. 229018
tsthompson@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants
THOMSON REUTERS (MARKETS) LLC,
JEFFREY WALSH, YASIR FATTAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WONG, | Case No. CV 11 2864 WHA |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THOMSON REUTERS (MARKETS) LLC, JEFFREY WALSH, YASIR FATTAH, and DOES 1 through 25 | Assigned to Judge William H. Alsup |
| Defendants. | |

Case No. CV 11 2864 WHA

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

13727397.1

IT IS STIPULATED by and between the parties, through their counsel of record, that, pursuant to their settlement agreement, the complaint in this action shall be dismissed in its entirety and with prejudice.

Dated: ~~December~~ January 4, 2011

NIXON PEABODY LLP

_____
Robert Dolinko
Kent Jonas
Tzaddi Thompson
Attorneys for Defendant Thomson Reuters (Markets) LLC

Dated: December 21, 2011

KOCHAN & STEPHENSON

_____
Deborah Kochan
Mathew Stephenson
Attorneys for Plaintiff Justin Wong

**IT IS SO ORDERED.**

Dated: January 6, 2012.

_____
William Alsup
UNTIED STATES DISTRICT JUDGE

-10-

Case No. CV 11 2864 WHA

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

13727397.1