1

**EXHIBIT 1**

2  ROBERT DOLINKO, CA BAR NO. 076256
3  rdolinko@nixonpeabody.com
   KENT JONAS, CA BAR NO. 55001
4  kjonas@nixonpeabody.com
   TZADDI S. THOMPSON, CA BAR NO. 229018
5  tsthompson@nixonpeabody.com
6  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
7  San Francisco, California 94111-3600
   Tel: (415) 984-8200
8  Fax: (415) 984-8300

9  Attorneys for Defendants
   THOMSON REUTERS (MARKETS) LLC,
10 JEFFREY WALSH, YASIR FATTAH

11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15 | JUSTIN WONG,                          | Case No. CV 11 2864 WHA
16 |                                       |
17 |                      Plaintiff,       | **STIPULATION AND ORDER DISMISSING
   |                                       | ENTIRE ACTION WITH PREJUDICE**
18 |                                       |
19 | vs.                                   |
20 |                                       |
21 |                                       | Assigned to Judge William H. Alsup
   | THOMSON REUTERS (MARKETS) LLC,        |
22 | JEFFREY WALSH, YASIR FATTAH, and      |
   | DOES 1 through 25                     |
23 |                                       |
24 |                                       |
25 |                      Defendants.      |
26
27
28                                                          Case No. CV 11 2864 WHA

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
13727397.1

| | |
|---|---|
| 1 | IT IS STIPULATED by and between the parties, through their counsel of record, that, pursuant to |
| 2 | their settlement agreement, the complaint in this action shall be dismissed in its entirety and with |
| 3 | prejudice. |

Dated: ~~December~~ January 4, 2011

NIXON PEABODY LLP

_____
Robert Dolinko
Kent Jonas
Tzaddi Thompson
Attorneys for Defendant Thomson Reuters (Markets) LLC

Dated: December 21, 2011

KOCHAN & STEPHENSON

_____
Deborah Kochan
Mathew Stephenson
Attorneys for Plaintiff Justin Wong

**IT IS SO ORDERED.**

Dated:  January 6, 2012.

_____
William Alsup
UNTIED STATES DISTRICT JUDGE

-10-

Case No. CV 11 2864 WHA

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

13727397.1